Name: Gloria Dredd Haney, Esq.
Address: 5753 Easr Santa Ana Canyon Road, Suite 210
City, State, Zip: Anaheim Hills, CA 92807
Phone: 714.279.0485
Fax: 714.921.2856
E-Mail: dreddlaw@sbcglobal.net

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BARROZO, <br><br> PLAINTIFF(S), <br> v. <br> CHAFFEY COMMUNITY COLLEGE, SUSAN HARDIE, AND MICHAEL FINK, <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 5:22-cv-02195-SSS-KK <br><br><br> NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that _____Plaintiff, DANIEL BARROZO_____ hereby appeals to
                                          *Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): Order--Dkt# 42

☐ Judgment (specify):

☒ Other (specify): Order Dismissing Plaintiff's Claims With Prejudice and Denying Leave To Amend

Imposed or Filed on _____. Entered on the docket in this action on September 21, 2023.

A copy of said judgment or order is attached hereto.

October 20, 2023
Date

*Signature: Gloria Dredd Haney*

☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

# ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-02195-SSS-KKx | Date | September 19, 2023 |
| Title | Daniel Barrozo v. Chaffey Community College District, et al. | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

Proceedings:   **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE [Dkt. 37]**

### I.   Introduction

Before the Court is a motion to dismiss Plaintiff Daniel Barrozo's second amended complaint (SAC) [Dkt. 35], filed jointly by defendants Chaffey Community College District (College), Susan Hardie, and Michael Fink. Mot. [Dkt. 37]; Opp. [Dkt 39]; Reply [Dkt. 40].

The motion is **GRANTED**. All of Plaintiff's ten cause of action are **DISMISSED** in full and without further leave to amend.

### II.   Background

Plaintiff is a former employee of the College, where he worked as an IT technician for approximately six years. [SAC at ¶¶ 11, 12]. At all times relevant to the complaint, Defendant Hardie served as the College's Director of Human Resources and Defendant Fink served as Plaintiff's supervisor. [*Id.* at ¶¶ 9, 10].

The College terminated Plaintiff in June of 2022. His firing was preceded by a protracted conflict between Plaintiff and the College concerning Plaintiff's refusal to comply with the College's COVID-19 screening and vaccination policies.

Plaintiff, who suffers from muscular dystrophy and asthma, contends that these conditions prevented him from complying with the disputed College policies. [*Id.* at ¶¶ 21-32]. On this basis, he argues that the employment consequences he suffered due to his refusal to abide by the policies constitutes disability discrimination in violation of the federal Americans with Disabilities Act (ADA) and its California counterpart in the Fair Employment and Housing Act (FEHA). Plaintiff brings related statutory claims for retaliation, hostile work environment, and failure to accommodate plus an additional cause of action against each individual Defendant for intentional infliction of emotional distress.

On July 7, 2023, the Court dismissed Plaintiff's first amended complaint under Rule 8 but granted leave to amend. [Dkt. 34]; Fed. R. Civ. P. 8. Plaintiff timely filed the operative second amended complaint; Defendants move to dismiss.

### III. Discussion

Although Plaintiff has made superficially extensive revisions to his pleadings, he has not addressed the fundamental problems identified in this Court's previous order. There, Plaintiff was instructed that his revised complaint must (1) clearly indicate the sequence in which the events described took place and (2) provide specific factual allegations as to the College's policies concerning medical exemptions from its COVID-19 policies and Plaintiff's own efforts to secure an exemption.

The second amended complaint now before the Court does neither. Plaintiff does not include any useful information about the College's exemption process or its denial of his request. [*See* SAC at ¶¶ 29-37]. His chronology of events remains confusing, improbable, and seemingly incomplete. [*See, e.g.*, SAC at ¶ 37 (indicating that Plaintiff sought an exemption from the vaccine requirement, where the preceding section addresses only the earlier-implemented screening requirement)]. And, despite this Court's emphasis on the requirements of Rule 8(d)(1) as well as counsel's presumed familiarity with the requirements of Rule 12(b)(6), substantial sections of the complaint are either irrelevant to Plaintiff's legal claims or overburdened with subjective characterizations of the Defendants' conduct towards him. [*See id.* at "Nature of the Case"; ¶ 54; ¶ 64 (classifying

Defendants' behavior as "truly repulsive"); ¶ 74 (alleging that Defendant Fink "berated," "humiliated," "demeaned," and "ridiculed" Plaintiff).]

Plaintiff has already been granted one chance to amend his complaint. Despite this opportunity, he has offered little reason to believe that he can or will state a viable claim under any of his ten causes of action. As such, the Court **DENIES** Plaintiff further leave to amend. *See Sharkey v. O'Neal,* 778 F.3d 767, 774 (9th Cir. 2015), citing *Foman v. Davis,* 371 U.S. 178, 182 (1962) (leave to amend may be denied if the court finds "undue delay, bad faith or dilatory motive on the part of the [plaintiff], repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [or] futility of amendment.").

### IV.  CONCLUSION

As set forth above, the motion is **GRANTED.** [Dkt. 37]. The complaint is **DISMISSED.** Leave to amend is **DENIED.**

**IT IS SO ORDERED.**

# NOTICE OF APPEARANCE OF COUNSEL ON APPEAL

Name and address:

Gloria Dredd Haney
LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana Canyon Road, Suite 210
Anaheim Hills, CA 92807

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BARROZO,<br><br>                v.<br>                      PLAINTIFF(S)<br><br>CHAFFEY COMMUNITY COLLEGE DISTRICT, et al.,<br><br>                      DEFENDANT(S) | CASE NUMBER:<br><br>5:22-cv-02195-SSS-KK<br><br>NOTICE OF APPEARANCE OR<br>WITHDRAWAL OF COUNSEL |

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** *In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.*

### SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Gloria Dredd Haney        CA Bar Number: 157627

Firm or agency: LAW OFFICES OF GLORIA DREDD HANEY

Address: 5753 East Santa Ana Canyon Road, Suite 210, Anaheim Hills, CA 92807

Telephone Number: 714.279.0485 (Direct)        Fax Number: 714.921.2856

Email: dreddlaw@sbcglobal.net

Counsel of record for the following party or parties: Plaintiff, DANIEL BARROZO (On Appeal Only)

SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____ .

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

☐ By order of the court dated _____ in case number _____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____. The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO   ☐ FPDO   ☐ CJA Appointment   ☐ Pro Bono   ☐ Retained

SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

*Notices of Electronic Filing will be terminated. Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____ .

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.
(*Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.*)

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____ .

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____ .

SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: October 20, 2023

Signature: *Gloria Dredd Haney*

Name: GLORIA DREDD HANEY

G-123 (9/17)                NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL                Page 2 of 2

**ATTORNEYS TO BE NOTICED**

<u>Plaintiff/Appellant</u>
Daniel Barrozo

<u>Plaintiff/Appellant</u>
<u>Represented by:</u>
Gloria Dredd Haney
LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana Canyon Road
Suite 210
Anaheim Hills, CA 92807
(714) 279-0485—Office
(714) 921-2856—Fax
dreddlaw@sbcglobal.net--Email
ATTORNEY TO BE NOTICED

<u>Defendants/Appellees</u>
Chaffey Community College District
Susan Hardie
Michael Fink

<u>Defendants/Appellees</u>
<u>Represented by:</u>
Mark H. Meyerhoff
mmeyerhoff@lcwlegal.com--Email
Olga Bryan
obryan@lcwlegal.com--Email
Viddell Lee Heard, Jr.
lheard@lcwlegal.com--Email
LIEBERT CASSIDY WHITMORE
6033 West Century Boulevard, 5th Floor
Los Angeles, CA 90045
(310) 981-2000—Office
(310) 337-0837--Fax
ATTORNEYS TO BE NOTICED

Plaintiff's Attorneys
Plaintiff Represented by:

Michael A. Yoder
michael@yoderesq.com--Email
Yoder La Veglia LLP
2001 L. Street NW, Suite 500
Washington, DC 20036
202.875.2799—Office
ATTORNEY TO BE NOTICED

Nicole Cristine Pearson
Nicole@FLTJLLP.com--Email
Law Office of Nicole C. Pearson
3421 Via Oporto, Suite 201
Newport Beach, CA 92663
424.272.5526---Office
ATTORNEY TO BE NOTICED